THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Holmes, Jr.,       
Appellant.
 
 
 

Appeal From Georgetown County
Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No.  2004-UP-576
Submitted November 1, 2004  Filed November 
 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, for 
 Appellant.                         
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor John Gregory Hembree, of Conway, 
 for Respondent.
 
 
 

PER CURIAM:  James Holmes, Jr. appeals his 
 conviction for armed robbery, possession of a firearm, financial transaction 
 theft, and financial transaction card fraud.  His counsel attaches a petition 
 to be relieved as counsel, stating his review of the record leads him to conclude 
 Holmess appeal lacks legal merit sufficient to warrant granting Holmes a new 
 trial.  After a thorough review of the record and counsels brief, we dismiss 
 Holmess appeal and grant counsels petition to be relieved pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991).
APPEAL DISMISSED. 
 [1] 
HEARN, C.J., GOOLSBY and WILLIAMS, 
 JJ., concur. 

 
 [1]   We decide this case without oral argument pursuant 
 to Rules 215 and 220(b)(2), SCACR.